Donald C. Randolph (State Bar No. 62468)
    randolph@randolphassociates.com
Nicole J. Stephenson (State Bar No. 307575)
    nstephenson@randolphassociates.com
David Villarreal (State Bar No. 321058)
    dvillarreal@randolphassociates.com
RANDOLPH & ASSOCIATES
2450 Colorado Avenue, Suite 100E #307
Santa Monica, California 90404
Telephone: (310) 395-7900
Facsimile: (310) 395-1833

Attorneys for Plaintiff,
JONATHAN JABBOUR

JS-6

**UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| JONATHAN JABBOUR,<br><br>        Plaintiff,<br><br>    vs.<br><br>TARGET CORPORATION; and DOES 1 to 50, Inclusive,<br><br>        Defendant. | **Case No.:  5:23-cv-01419-FMO-SP**<br><br>**ORDER ON STIPULATION [9]** |

**ORDER**

## ORDER

Pursuant to the Parties' stipulation, and good cause appearing, **IT IS HEREBY ORDERED THAT**:

    **1.**    The present case shall be remanded back to state court in the Superior Court of California, County of San Bernardino.

**IT IS SO ORDERED.**

DATED: August 23, 2023            /s/
HON. FERNANDO M. OLGUIN
United States District Judge

RANDOLPH & ASSOCIATES
2450 COLORADO AVENUE, SUITE 100E #307
SANTA MONICA, CALIFORNIA 90404
TELEPHONE (310) 395-7900